Same case below, 575 F.3d 316.

**No. 09-10020. Bryan Mills, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3298, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 3984.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 217.

**No. 09-10027. Jeffrey A. Madeira, Petitioner v. Pennsylvania.**

560 U.S. 914, 130 S. Ct. 3298, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 4001.

May 17, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 982 A.2d 81.

**No. 09-10033. Tanya Marie Smith, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3298, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 4034.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 491.

**No. 09-10038. Joseph Alexander, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3299, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 4056.

May 17, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 09-10049. Charles Frank Skripka, Jr., Petitioner v. United States.**

560 U.S. 906, 130 S. Ct. 3299, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 3944.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 216.

**No. 09-10050. Joshuaron Antwionne Standifer, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3299, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 3907.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 530.

**No. 09-10054. Laura Walker Bernard, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3299, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 4078.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10056. Timmy Benitez, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3299, 176 L. Ed. 2d 1201, 2010 U.S. LEXIS 4059.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 339 Fed. Appx. 93.